UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

COLAN COODY, on his own behalf and
others similarly situated,

     Plaintiff,

CASE NO.: 5:08-cv-68-OC-WTH-GRJ

v.

JIM WALTER HOMES, INC.
a Florida Corporation,

## CONSENT TO BECOME PARTY PLAINTIFF
### (Pursuant to 29 USC § 216(b))

TO: THE CLERK OF THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD:

    By my signature below, I hereby authorize the filing and prosecution of the above-styled Fair Labor Standards Act action in my name and on my behalf by the above-representative Plaintiffs and designate the class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____

Printed Name: _SEAN EPPS_

Street Address: _859 PARKLAND PLACE_

City, State, Zip: _Glen Allen    VA    23059_

Telephone No.: _804 364-7097_

Email: _sepps @ cornerstonehomes.net_