UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

COLAN COODY, on his own behalf and
others similarly situated,

    Plaintiff,

CASE NO.:  5:08-cv-68-OC-WTH-GRJ

v.

JIM WALTER HOMES, INC.
a Florida Corporation,
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, COLAN COODY, notifies this Court that the parties have reached a negotiated resolution of Plaintiff's claims against Defendant in the above referenced matter. To that end, the parties are finalizing the terms of their resolution and anticipate filing the appropriate dismissal documents with this Court within the next sixty (60) days.

Respectfully submitted,

**s/ ANDREW FRISCH**
Andrew Frisch, Esquire
Florida Bar No.: 027777
E-mail:  afrisch@forthepeople.com
MORGAN & MORGAN, P.A.
7450 Griffin Road, Suite 230
Davie, Florida 33314
Telephone:  (954) 318-0268
Facsimile:  (954) 333-3515

Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of July 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

**s/ ANDREW FRISCH**
Andrew Frisch, Esquire
